# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| PAUL DAVID BELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:05-CV-330-RDP-TMP |
| | ) |
| FREDDIE BUTLER, Warden; | ) |
| ATTORNEY GENERAL OF THE STATE | ) |
| OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

On May 2, 2007, the magistrate judge filed his report and recommendation (Doc. #12) in the above-styled cause, recommending that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be denied and dismissed with prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this ____24th____ day of May, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE